Eastern District of Kentucky
FILED

APR 1 6 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.**                                        INDICTMENT NO. 26-39-KKC-MAS

**NASIR ALAMIN LYONS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about July 27, 2025, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**NASIR ALAMIN LYONS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: Glock 23 Caliber Pistol, serial number PXL347, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 18 U.S.C. § 922(o)

On or about July 27, 2025, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**NASIR ALAMIN LYONS**

knowingly possessed a machinegun, to wit, a Glock 23 Caliber Pistol, serial number PXL347, and a machinegun conversion device, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, including any part designed and intended solely and exclusively for use in converting a weapon into a machinegun, all in violation of 18 U.S.C. § 922(o).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment, **NASIR ALAMIN LYONS**, shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **NASIR ALAMIN LYONS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.      The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**
a. Glock 23 Caliber Pistol, serial number PXL347, seized on July 27, 2025; and
b. All associated ammunition.

**A TRUE BILL**

███████████████████

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**MARY MELTON**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**    Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 2:**    Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.