**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Isaac Robison, your affiant, being duly sworn, state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation (hereafter FBI) and have been since May 2019. As such, I am a federal law enforcement officer authorized to investigate violations of federal law. I have attended basic training regarding all FBI investigations, to include violent crime, located at the FBI Academy at Quantico, Virginia. In March 2022, I attended training concerning violent criminal gangs at the Mid-Atlantic Regional Gang Investigators Network in Baltimore, MD. My current assignment is to investigate violations of federal laws to include violent crime and gangs in the Louisville Division of the FBI, Lexington Resident Agency.

2.  This affidavit is being submitted in support of a criminal complaint. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that NASIR LYONS ("LYONS") has committed violations of the Target Offense.

3.  The statements contained in this Affidavit are based, in part, on information I have learned through my own investigation, experience, and background as an FBI Special Agent. The statements contained herein are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. The

1

information contained herein is not meant to include every detail of every aspect of his investigation, but to provide sufficient information to establish probable cause for the issuance of a Criminal Complaint and arreStreet warrant for LYONS.

## THE TARGET OFFENSE

4.  This investigation concerns allegations that LYONS violated Title 18, United States Code, Section 922(g)(1), relating to the possession of a firearm or ammunition by a convicted felon, referred to herein as the "Target Offense."

5.  Specifically, 18 U.S.C. § 922(g)(1), in relevant part, prohibits any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess, in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## PROBABLE CAUSE

6. At approximately 12:00 AM on July 27, 2025, Lexington Police Department ("LPD") observed an individual they identified as NASIR LYONS (LYONS) in the area of Short Street and Mill Street in Lexington, KY via the LPD Real Time Intelligence Center ("RTIC") video surveillance. Officers observed LYONS with a bulge in the waistband that was consistent with the appearance of possessing a firearm in the waistband area of one's person. Because LYONS was known to officers to be a convicted felon and prohibited from possessing a firearm, officers in the RTIC contacted officers in the area and requested they make contact with LYONS.

7. When LPD officers responded to the area, LYONS took notice of officers and fled on foot prior to officers making contact. RTIC continued video surveillance of LYONS, and LYONS can be seen using his right hand to support and object in his waistband, consistent with the appearance of holding a firearm. LYONS fled on foot down Limestone Street and turned onto Water Street where he was pursued by LPD until he was apprehended in the entrance to a parking garage. Officer David Smith stated as LYONS fled on Water Street that he saw a black handgun in LYONS' right hand. In review of Body Worn Camera for Officer Smith, Officer Smith stated multiple times "drop the gun" while in pursuit of LYONS. When LPD officers apprehended LYONS, he had already laid down on the ground with his feet next to a storm drain. Officers could not locate a firearm on LYONS' person but located a Glock 23 S/N PXL347   ("Glock 23") inside the storm drain immediately at LYONS feet. The Glock 23 was located without a magazine; however, LPD located a magazine in the construction area of Phoenix Park that contained seventeen live rounds of .40 caliber ammunition. LPD located an additional live round of .40 caliber ammunition on the ground at Limestone Street and Water Street. The magazine and live round were located along the path of LYONS's flight from police and match the caliber of ammunition used by the Glock 23. At the time of arrest, there were no other people in the area apart from LYONS and the officers in pursuit.

8. LYONS was confirmed to be convicted of multiple crimes punishable by more than one year in prison. For example, LYONS was convicted in Fayette County Circuit Court, criminal case 19-CR-01313, on July 1, 2022, for Assault 2nd degree, and Wanton

3

Endangerment 1St degree.

9.  The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") was contacted concerning the firearm recovered and confirmed to your Affiant that the firearm was not manufactured in the Commonwealth of Kentucky and, therefore, would have traveled in interstate commerce.

10. Based on all the information contained above, your affiant has probable and reasonable cause to believe that LYONS, a felon, possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).

11. I state that the above information is true and correct to the best of my knowledge, and requests that this Criminal Complaint and corresponding arrest warrant be issued.

_/s/ Isaac W. Robison_____

Isaac W. Robison, Special Agent
Federal Bureau of Investigation

Affiant attested by reliable electronic means per FRCrP 4.1 on this 27th day of July, 2025.

_____

Honorable Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky

4